Tuanja Edward ANDERSON,
Petitioner—Appellant,

v.

Kathleen DICKINSON, Appellee,

---

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

**Bill Lockyer, Attorney General, Respondent—Appellee.**

**No. 09–16345.**

United States Court of Appeals, Ninth Circuit.

Submitted June 15, 2011.*

Filed June 23, 2011.

Meredith Fahn, San Jose, CA, for Petitioner–Appellant.

Tuanja Edward Anderson, pro se.

Brook Altose Bennigson, Esquire, Deputy Attorney General, AGCA–Office of the California Attorney General, Sacramento, CA, for Respondent–Appellee.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

### MEMORANDUM **

California state prisoner Tuanja Edward Anderson appeals from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Anderson contends that the evidence introduced at his trial was insufficient to support a conviction for second-degree murder. Based upon the evidence adduced at trial, a rational trier of fact could have found that the prosecution proved the essential elements of the crime beyond a reasonable doubt. *See Jackson v. Virginia,* 443 U.S. 307, 319, 99 S.Ct. 2781, 61 L.Ed.2d 560 (1979). Accordingly, the state court's decision rejecting Anderson's claim was not contrary to, and did not involve an unreasonable application of, clearly established federal law as determined by the Supreme Court of the United States, nor was it based on an unreasonable determination of the facts in light of the evidence presented in state court. *See* 28 U.S.C. § 2254(d).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.